IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BOARD OF TRUSTEES, SHEET METAL )
WORKERS' NATIONAL PENSION )
FUND, *et al.*, )
                                      )
     Plaintiffs, )
                                      )
v. )   Civil Action No. 1:25-cv-1560 (RDA/WBP)
                                      )
SUPERIOR AIR, INC, )
                                      )
     Defendant. )

## ORDER

This matter comes before the Court on U.S. Magistrate Judge William B. Porter's Proposed Findings of Fact and Recommendations ("Report") (Dkt. 13) as well as Plaintiffs' Motion for Default Judgment (Dkt. 8). Judge Porter recommends that the Court grant the motion and enter default judgment against Defendant Superior Air, Inc. Dkt. 13. The deadline for submitting objections to the Report was January 27, 2026. To date, no objections have been filed.

After reviewing the record and Judge Porter's Report, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Report (Dkt. 13). Accordingly, it is hereby ORDERED that Plaintiffs' Motion (Dkt. 8) is GRANTED; and it is

FURTHER ORDERED that the Clerk of Court is DIRECTED to enter DEFAULT JUDGMENT, pursuant to Federal Rule of Civil Procedure 55, in favor of Plaintiffs and against

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

2

Defendant Superior Air, Inc. in the total amount of $61,908.64, which is comprised of $56,362.40 in damages and $5,546.24 in attorneys' fees and costs; and it is

FURTHER ORDERED that the Clerk of the Court is DIRECTED to place this matter among the ended causes.

IT IS SO ORDERED.

Alexandria, Virginia
January 28, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge